JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
**JAMES P. SCHAEFER, CALIFORNIA STATE BAR NO. 250417**
**CIVIL CHIEF**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: james.schaefer@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEITH WRUCK,<br><br>          Plaintiff,<br><br>v.<br><br>CANYON COUNTY SHERIFF DEPARTMENT, GEM COUNTY SHERIFF DEPARTMENT, BUREAU OF LAND MANAGEMENT, BISHES RV, and DAWN HOLBERT<br><br>          Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

The United States of America, by and through Acting United States Attorney for the District of Idaho, Justin D. Whatcott, and James P. Schaefer, Civil Chief, and on behalf of the Bureau of Land Management, hereby gives Notice of Removal of the above-entitled state court action pursuant to Title 28, United States Code, Section 1442(a)(1) and Rule 81.1 of the Local Rules of Civil Practice for the United States District Court for the District of Idaho.

The grounds for removal are as follows:

1.      On March 7, 2025, the above-entitled civil action was commenced in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, Case No. CV14-25-02556, by the filing of a Summons and a Claim.

2.      On March 12, 2025, a copy of the Summons and the Claim were hand delivered to the Bureau of Land Management's Boise Office.

3.      Among other defendants, the Claim names the Bureau of Land Management (BLM) as a defendant. BLM is a federal agency under the United States Department of Interior.

4.      Accordingly, removal of the state court action to federal court is authorized under 28 U.S.C. § 1442 because the state court action is a "civil action . . . commenced in a State court and that is against . . . the United States or any agency thereof . . . ." 28 U.S.C. § 1442(a)(1).

5.      In accordance with Local Rule 81.1(a)(1), a true and correct copy of the entire state court record in *Wruck v. Bureau of Land Management et. al.*, District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, Case No. CV14-25-02556, is attached hereto as:

**ECF 1-1** -  SC Small Claims Form CAO SC 1-2

**ECF 1-2** -  SC Summons Issued

**ECF 1-3** -  SC Summons Return of Service 03/12/2025 Canyon County Sheriff's Department subserved Y. Corvera

**ECF 1-4** -  SC Summons Return of Service 03/13/2025 Gem County Sheriff's Department subserved Edith Jones

**ECF 1-5** -  SC Summons Return of Service 03/12/2025 Bish's RV of Meridian subserved Brooke Taylor (Rep)

**ECF 1-6** -  SC Summons Return of Service 03/12/2025 U.S. Dept BLM of Idaho subserved Mary Potter (Rep)

**ECF 1-7** -  SC Summons Returned of Service Non Served Dawn Holbert UNSERVED

**NOTICE OF REMOVAL**                                                                                      **- 2 -**

**ECF 1-8** -   WF SC Answer - Gem County Sheriff's Office

**ECF 1-9** -   WF Proposed Order to Dismiss Small Claims Action as to Gem County Sheriff's Office - no cert

**ECF 1-10** - Order Striking Answer for Gem County Sheriff Dept

**ECF 1-11** - SC Answer - Bish's RV

**ECF 1-12** - SC Notice of Hearing

**ECF 1-13** - SC Answer - Canyon County Sheriff

**ECF 1-14** - SC Answer - Gem County Sheriff's Dept

**ECF 1-15** - Letter of Return Filing - Gem Co. Sheriff Dept.

6. A true and correct copy of the Register of Actions in *Wruck v. Bureau of Land Management et. al.*, District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, Case No. CV14-25-02556, is attached hereto and incorporated herein by reference as **ECF 1-16** in accordance with Local Rule 81.1(a)(1).

7. In accordance with Local Rule 81.1(a)(2), a Civil Cover Sheet is being filed with this Notice of Removal**.**

WHEREFORE, the United States of America, on behalf of the Bureau of Land Management, causes this matter to be removed from the state court to this Court, the United States District Court for the District of Idaho, upon and by virtue of the provisions of 28 U.S.C. § 1442(a)(1).

**NOTICE OF REMOVAL** - 3 -

Respectfully submitted this 11th day of April, 2025.

        JUSTIN D. WHATCOTT
        Acting United States Attorney
        By:


        */s/ James P. Schaefer*
        JAMES P. SCHAEFER
        Civil Chief

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2025, a copy of the foregoing **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** was electronically filed via CM/ECF and a copy was mailed via United States Postal Service-prepaid to:

Keith Brian Wruck
PO Box 587
Nampa, ID  83653

Canyon County Sheriff Department
1115 Albany St.
Caldwell, ID  83605

Gem County Sheriff Department
410 E 1st St.
Emmet, ID  83617

Bishes RV of Meridian
1300 W Overland Rd.
Meridian, ID  83642

Dawn Holbert
4801 Adams St.
Garden City, ID  83714

                                     */s/Duncan Brain*
                                      Legal Assistant