Case 1:25-cv-00207-AKB

U.S. COURTS

APR 28 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Keith B Wruck
Plaintiff
POB 587
Nampa, ID 83653
Personal Cell: 208-515-8385
Work Cell: 208-576-0482
Email : keithwruck3@gmail.com

Representing myself

United States District Court for the District of Idaho

| | |
|---|---|
| Keith Wruck, | \| |
| Plaintiff | \| |
| | \| Case 1:25-cv-00207-AKB |
| Vs. | \| |
| | \| **Memorandum in Opposition** |
| | \| **to the Motion to Dismiss** |
| Canyon County Sheriff Dept, | \| |
| Gem County Sheriff Dept, | \| |
| US Bureau of Land Management( BLM ), | \| |
| Bishes RV( of Meridian ID), | \| |
| Dawn Holbert | \| |
| | \| |
| Defendants. | \| |
| | \| |

In response to Mr Whatcott's introduction, I say the only formal legal education I have is a youth and the law class in my junior year of high school back in the early 1990s. Whereas it is true I could hire a lawyer, I do not think I should have to do so to get several civil wrongs done to me by the five defendants corrected. Please forgive me if I don't say wherefore or other legal speak quite enough. I will now refute each one of Mr Whatcott's points...

1

I. Refute of Background

I actually agree with most of what was said with the exception of the use of the phrase " allegedly incurred". The fees I paid are not disputed. I have receipts from both the tow company( B & W Towing for $1,035.00) and The Canyon County Landfill ( $85.75) to accept and dispose of the now completely trashed RV I had not seen in almost two years. I mentioned all this in the original filing with Canyon County. I did not mention that I have and will happily provide a text message thread from the BLM agent who was 'working this case' that shows he was the driving force behind my actions.

II. Legal Standards

Upon evaluation of council's case law citings, It appears they by and large support the Plaintiff's position more than than the defendants. For example"...A pro se plaintiff's pleading need not be specific as a complaint filed by council." So in layman's terms, a pro se is to be given more leeway than a professional lawyer.

- A. A lack of Jurisdiction is presumed unless the party asserting jurisdiction establishes that it exists.
    - a. Ok, fine. We move this case to Federal court. Four of the five defendants would more than likely be better served in the State Court of Idaho. The one exception being the BLM but the Plaintiff will accept either jurisdiction. This hardly qualifies as grounds for dismissal.

- B. Again Quoting the defendants motion,"...Liberal construction, however, should only be afforded to a plaintiff's factual allegations, and a court need not accept as true unreasonable inferences or assume the truth of legal conclusions cast in the form of factual allegations"
    - a. I can prove all of my so called factual allegations
        - i. Fact: I, Keith Wruck, did not own the RV in question( VIN # 1EF1E302812899282 as of 08/27/2022 according to the Idaho Department of Transportation as per the release of Liability which was accepted. This release was also presented in the original Canyon Count filing.

ii. Fact: A representative of the BLM erroneously contacted me to move the RV.

iii. Fact: As per our text thread when I asked for 24 hours to get proof I no longer owned the abandoned RV, the BLM agent said," It needs to be tonight…"

I am skipping a few sections and will respond directly to the two reasons the BLM's counsel is insinuating a FTCA waiver of sovereign immunity does not apply, when the plaintiff absolutely does believe it does in fact apply.

I. Most of the case law cited in the defendant's motion do not apply as there are multiple levels of jurisdiction that could be at play here( Glass v. Nat'l R.R Passenger Corp and Cox v. U.S. Dep't of Agric, to give two examples). Removal of the case from Idaho state court is definitely not in the plaintiff's best interest( as the Idaho small claims court prevents legal council for any party, thereby making it a fair fight as all are pro se), nor is it in the best interest of the Sheriff's Depts of both Gem and Canyon County, Bish's RV or Dawn Holbert. The Plaintiff is willing to accept that Federal court is the best option, as opposed to splitting the case into both State and Federal court along jurisdictional lines. Council for the defence references the derivative-jurisdiction doctrine several times while also acknowledging Congress eliminated the doctrine under 28 U.S.C. How much sense does the assertion "…this court likewise lacks jurisdiction by operation of the derivative-jurisdiction doctrine…" which congress eliminated?

II. The assertion that Mr Wruck did not exhaust administrative remedies is also a nonstarter. As mentioned previously, an agent of the BLM told me to move the RV. Further down in the text thread I mentioned I would need to have it towed due to some complications. The BLM agent acting in his official capacity said,"…I am unable to help you now since you're moving it made it worse now it's on you 100%." ( grammatical errors left in on purpose as it is a direct word for word quote). I tried to do what was requested of me and when issues arose was more or less told by several of the defendants ' Sucks to be you. Deal with it.' Both Canyon and Gem county Sheriff's offices could have given me more time to remedy the situation but refused to do so. As per the tow truck driver who did move the RV for me," If we get a call from a Sheriff's

department we put a rush on it. Because of the rush we charge double." I'm sure the driver would be more than happy to testify. As it was I took a day and a half off work to try to deal with this, half of Thursday and all of a Friday. I believe I could have achieved a much better outcome if afforded the weekend to attempt to remedy the issue by other means. If either of the Sheriff's Depts or the BLM had moved it, it is quite clear they would have paid much more and they would have sued me for the charges incurred. The only differences here are I am the plaintiff and the amounts are smaller. As for an SF-95 filing, who is to say how much each of the 5 defendants involved should pay? Should it be an even 5 way split? With that logic in mind, a completed SF-95 would have been denied. Judicial intervention is the only logical remedy for all six parties involved.

Just so we are clear, Mr Whatcott's very lengthy motion with many, many case law citations also says,"...Constructing Mr Wruck's pro se suit liberally as seeking damages under the FTCA, it must be dismissed for at least three reasons." Yet he only gives two reasons: the (now defunct) Derivative Jurisdiction Doctrine and "...failed to exhaust administrative remedies." Both reasons have been disputed beyond a reasonable doubt.

III. Conclusion

The only fair way to address all the issues surrounding this matter is to let a judge and possibly jury decide who is right and who is wrong. Mistakes were made by all involved but no one other than the plaintiff is currently being held accountable for these mistakes.

Respectfully submitted this 28th day of April, 2025

*Keith Wruck* (signature)

Keith Wruck
Plaintiff



**+1 986-217-5924**
Idaho

Feb 26, 4:19PM

Please see the following coordinates. Also let me know when removed. I will tell the county it will be today still. Reach out with any questions.

43.87606, -116.70444

Feb 26, 6:08PM

My wife swears we filed the release of liability with Canyon County DMV. We can't find any info on it with our bank( $3.50 fee but I may have paid cash as they charge $3.00 sir charge to use credit or debit). I'll happily call canyon county DMV tomorrow if that is ok? Also I emailed Bishe's RV ( who we

Message





**+1 986-217-5924**
Idaho

> bought it from in 2013) to see if I can get a VIN. If it has to be tonight, I can do it but if I can have a day or two, that would be a huge help. Let me know please?

Sent

Feb 26, 6:10PM

It needs to be tonight. You can always go direct with gem county sheriff as they are who tagged it

Feb 26, 6:21PM

> It's fine I'm going to get my trailer hitch from storage & then I'll go get it. Canyon County Landfill will take it for $50 a ton so it's all good.

Message





+1 986-217-5924
Idaho

Feb 26, 6:22PM

Liked "It's fine I'm going to get my trailer hitch from storage & then I'll go get it. Canyon County Landfill will take it for $50 a ton so it's all good."

Feb 26, 7:51PM



I have a problem, the hitch is about 6 inches too low for the ball I brought. I might be able to find something inside to brace it & get something under the jack so I can go higher but I'm not sure. Trying now...

Message



← **+1 986-217-5924**
Idaho

Understood

Feb 26, 8:18PM

> Alright, I got it hooked up .
> I live by the Nampa airport.
> I'm thinking 44 to star Rd &
> star to airport road( we live in
> Garrity RV about a 1/2 mile
> from there). You said tonight
> & I'm playing ball but with 4
> flats & no working lights on
> the trailer, any chance you can
> put the word out so I don't get
> pulled over 3 time between
> here & Nampa?

Sent

Feb 27, 3:53PM

> Perfect, I'm getting your
> voicemail. I trying to drive the

\+   Message

**+1 986-217-5924**
Idaho

> RV to Nampa last night( per your request) & shredded the 4 flat tires & chewed up the rims.

Sent

Feb 27, 3:56PM

Sorry, I am down in Owyhee county and pretty bad service

Feb 27, 3:58PM

> Uh it gets even better, gem county said it was BLM( Bureau of Land Management which are Feds) that I was talking to so gem county is saying, sorry not our problem either. The BLM guy's # is going to voice mail

Sent

Message



**+1 986-217-5924**
Idaho

**Sorry wrong person on that last one**

Sent

Feb 27, 4:00PM

I am the BLM guy

Feb 27, 4:01PM

**I realized that after I hit send. It was meant for my wife**

Sent

Feb 27, 4:01PM

Were you able to move it at all last night? Where did you break down?

Feb 27, 4:02PM





**+1 986-217-5924**
Idaho

> Canyon county DMV shows the release of records dated 08/29/22. Yet none of the law enforcement agencies can see it. Why is that?

Sent

Feb 27, 4:02PM

No idea

Feb 27, 4:03PM

> I just sent you a picture from my work cell phone

Sent

Feb 27, 4:04PM

Where is it now?

Feb 27, 4:04PM

+ Message

  

**+1 986-217-5924**
Idaho

Feb 27, 4:03PM

> I just sent you a picture from my work cell phone

Sent

Feb 27, 4:04PM

Where is it now?

Feb 27, 4:04PM

> Currently it is near 6th St & hwy 44. Midelton bus yard, just outside.

Sent

> I tried to do what you asked for. I got quoted $800 to $1500 to an RV towed that I haven't owned for a year and a half.

Message



+1 986-217-5924
Idaho

Sent

> Torch towing is who I called

Sent

Feb 27, 4:15PM

I appreciate you trying to do what was asked. It's still showing that you were the last one with it. I am unable to help you now since you're moving it made it worse now it's on you 100%.

Feb 27, 4:16PM

> I see a court room in our future

Sent

Message